1 | **TROUTMAN SANDERS LLP**
Chad R. Fuller, Bar No. 190830
2 | chad.fuller@troutmansanders.com
11682 El Camino Real, Suite 400
3 | San Diego, CA 92130
Telephone: 858.509.6056
4 | Facsimile: 858.509.6040

5 | Attorneys for Defendants,
CarMax, Inc.;
6 | CarMax Auto Superstores California, LLC;
CarMax Business Services, LLC;
7 | CarMax Auto Superstores West Coast, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| ANTHONY GILBERT SANTOS, | Case No. 3:17-cv-02447-RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES** |
| v. | |
| CARMAX, INC., CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, CARMAX BUSINESS SERVICES, LLC, CARMAX AUTO SUPERSTORES WEST COAST, INC., | |
| Defendants. | |

///
///
///
///
///
///
///

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130

STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES — - 1 - — CASE NO. 3:17-CV-02447-RS

In accordance with Local Rule 6-2(a), Plaintiff Anthony Gilbert Santos ("Plaintiff") and Defendants CarMax, Inc., CarMax Auto Superstores California, LLC, CarMax Business Services, LLC, and CarMax Auto Superstores West Coast, Inc. (collectively, "Defendants"), by and through their respective counsel, respectfully submit this Stipulation and Proposed Order to Extend Case Deadlines:

WHEREAS, the Court entered a Case Management Scheduling Order on May 17, 2018 providing that a hearing on Plaintiff's forthcoming Motion for Class Certification would be held on February 14, 2019 at 1:30 p.m. (Dkt. No. 58);

WHEREAS, Christopher Noyes began serving as co-counsel for Plaintiff and noticed his appearance in this matter on December 3, 2018 (Dkt. No. 62); and

WHEREAS, the Parties need additional time to continue their discussions regarding an informal resolution to this matter.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that an extension of the class certification hearing deadline is necessary to permit Plaintiff's new co-counsel to review the issues present in this case and appropriately prepare briefing for a hearing on Plaintiff's forthcoming Motion for Class Certification. Therefore, the parties jointly request an extension of the Court's Case Management Scheduling Order, (Dkt. No. 58), for a period not to exceed **sixty (60) days**.

The parties jointly acknowledge that all class certification briefing must be completed no later than two weeks prior to the Court's hearing date. Therefore, the parties stipulate to the following class certification briefing schedule:

- Motion for Class Certification – 60 days before hearing;
- Opposition to Motion for Class Certification – 30 days before hearing; and
- Reply Brief in support of Motion for Class Certification – 15 days before hearing.

The Court previously extended the date of the Initial Case Management

conference on July 12, 2017 and January 19, 2018 respectively. (Dkt. Nos. 10 and 44.) On January 30, 2018, the parties obtained an extension of the briefing deadlines relating to Defendants' response to Plaintiff's Second Amended Complaint. (Dkt. No. 46.) The deadline for the hearing on class certification has not previously been extended in this matter.

The parties jointly request an order to extend the date of the hearing on Plaintiff's Motion for Class Certification to **April ~~19,~~ 18 2019 at 1:30 p.m.**

**IT IS SO STIPULATED.**

Dated: December 19, 2018          TROUTMAN SANDERS LLP


By: */s/ Chad R. Fuller*
   Chad R. Fuller
   Attorney for Defendants,
   CarMax, Inc.;
   CarMax Auto Superstores California, LLC;
   CarMax Business Services, LLC;
   CarMax Auto Superstores West Coast, Inc.


Dated: December 19, 2018          KABATECK LLP


By*: /s/ Christopher B. Noyes*
   Christopher B. Noyes
   Attorney for Plaintiff,
   Anthony Gilbert Santos

# ATTESTATION OF FILER

Pursuant to L.R. 5-1(i)(3), the undersigned hereby attests that all parties have concurred in the filing of this stipulation.

/s/ *Chad R. Fuller*
Chad R. Fuller

# PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: December 20, 2018        By: _____
Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130

STIPULATION AND [PROPOSED] ORDER
TO EXTEND CASE DEADLINES

- 4 -

CASE NO. 3:17-CV-02477-RS