UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GILBERT SANTOS, | Case No. 17-cv-02447-RS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CARMAX BUSINESS SERVICES, LLC, et al., | |
| Defendants. | |

Pursuant to the Order Granting Motion for Summary Judgment, issued concurrently with this order, judgment is hereby entered in favor of Defendants[1] and against Plaintiff Anthony Gilbert Santos.

**IT IS SO ORDERED**.

Dated: April 29, 2019

_____
RICHARD SEEBORG
United States District Judge

---

[1] Defendants in this action are CarMax, Inc.; CarMax Auto Superstores California, LLC; CarMax Business Services, LLC; and CarMax Auto Superstores West Coast, Inc.